UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FRS TRENCHCORE INC** | **CASE NO.  6:21-CV-01176** |
| **VERSUS** | **JUDGE JUNEAU** |
| **HOUSING AUTHORITY OF VILLE PLATTE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before this Court are motions to dismiss filed by defendants Housing Authority of Ville Platte and J. Ronald Landreneau & Associates (Rec. Docs. 14, 19). These motions were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motions to dismiss filed by defendants (Rec. Doc.14, 19) are GRANTED and, accordingly, all claims by Plaintiff in this suit are DISMISSED without prejudice based upon a lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of November, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE